```
                    UNITED STATES DISTRICT COURT
                       MINUTES OF PROCEEDINGS
```

**NEWARK**                                              **DATE: JUNE 27, 2017**

**Judge:** Hon. WILLIAM H. WALLS
**Court Reporter:** Yvonne Davion
**Deputy Clerk:** Ellen Mc Murray

**Title of Case:**                                       Cr.16-147 (WHW)

USA V. JOSHUA B. NEWMAN

**Appearances:**

Paul A. Murphy, AUSA
Priya Chaudhry, Esq for deft Newman
Eric T. Kanefsky, Esq for deft Newman

**Nature of proceedings:**    SENTENCING
Defendant is committed to custody of BOP for a term of 41 months.
Supervised Release for (3) years.
Defendant to submit to mandatory drug testing.
**Special Conditions:**
ALCOHOL/DRUG TESTING AND TREATMENT
NEW DEBT RESTRICTIONS
FINANCIAL DISCLOSURE
MENTAL HEALTH TREATMENT
OCCUPATIONAL RESTRICTIONS
SELF-EMPLOYMENT/BUSINESS DISCLOSURE

Restitution in the amount of $3,118,165.82 Interest waived
Special assessment fee of $100.00 due immediately
Court recommends that the BOP designate Lewisburg as the
defendant's facility.
Court also recommends that the BOP enroll defendant into the
   Residential Drug Alcohol Program.
Defendant to surrender to designated institution on Aug.28, 2017
  at 10:00 am.


                                        Ellen Mc Murray
                                        Sr. Court Room Deputy

Time Commenced: 10:35 am
Time Adjourned:   12:20 pm